UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA CISCO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:11 CV 295 RWS |
| v. | ) |
| | ) |
| ROBERT MULLIKIN, JR, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on Defendant FedEx Ground Package System, Inc.'s ("FedEx") Motion to Dismiss and Motion for a More Definite Statement [#17].

On July 15, 2011, Plaintiff filed an Amended Complaint [#18]. As a result, Defendant's Motion is moot.

Accordingly,

**IT IS HEREBY ORDERED that** Defendants' Motion to Dismiss and a Motion for a More Definite Statement [#17] is **DENIED** as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2011.